Kasandra Latrice Patterson #T059228
Name and Prisoner/Booking Number

Estrella detention facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Kasandra Latrice Patterson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone,
(Full Name of Defendant)
(2) Maricopa County Sheriffs Office,
(3) Estrella Jail,
(4) CHS Medical Services,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-00551-PHX-DJH--CDB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: Estrella detention facility

2. Institution/city where violation occurred: Estrella detention facility Phoenix AZ 85009

3.

Revised 12/1/20

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Paul Penzone**. The first Defendant is employed as: **Maricopa County Sheriff** (Position and Title) at **Estrella Detention Facility** (Institution).

2. Name of second Defendant: **M.C.S.O**. The second Defendant is employed as: **Detention Center** (Position and Title) at **Estrella Jail Phoenix Arizona** (Institution).

3. Name of third Defendant: **Estrella Female Jail**. The third Defendant is employed as: **Correction Facility** (Position and Title) at **Phoenix AZ 85009** (Institution).

4. Name of fourth Defendant: **CHS Medical**. The fourth Defendant is employed as: **Correctional Health Services** (Position and Title) at **Phoenix AZ 85009** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? **0**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment Health & Safety Negligence

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other:_____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The facility is overcrowded. In 2017 the building was ordered to be condemned as there was visible black mold infested throughout the facility including but not limited to showers, vents, toilets, sinks, water dispensers, drinking fountains, air vents, drains, pipelines & kitchen where food is prepared before givin to inmates. Mold had also been noticed on bread and fruit being served to inmates. Rats have been seen throughout the facility as well as feces from rats in food and kitchen. Facility does not provide proper healthcare to inmates. I have developed a number of issues being held in the Estrella Jail facility. I have trouble breathing, sleeping, chest pain, aches, horrible migrain headaches as well as a bad cough. Facility has been told to make changes & fix the issues but yet nothing has been done.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Health issues that I cannot afford. Breathing lungs respiratory digestational issues. Emotional, Psychological and mental torture damages.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. MCSO staff officers and medical included does not acknowledge or inform inmates of such. Show no care to blackmold.

## COUNT II

1. State the constitutional or other federal civil right that was violated: 1997i; title 42 - respecting standards of care

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Facility as a whole ignored the current issues of the Blackmold infestation in the entire building which has caused inmates physical long term medical conditions. The fact that they are ignoring the problem not meeting standard at all is wrong.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). long term injuries due to Blackmold poisoning. breathing & chest issues upper respitory issues.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   2. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Due to retaliation upon inmates.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: 1997 q, title 42 - priorities for use of funds

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ADSO & appropriate authorities have made incorrect use of funds as according to civil rights 1997 to fix such conditions that are illegal & unconstitutional that exist.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I am experiencing breathing & digestive issues due to being forced to breath in "black mold"

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   2. Did you submit a request for administrative relief on Count III? [ ] Yes [x] No
   3. Did you appeal your request for relief on Count III to the highest level? [ ] Yes [x] No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. fear of retaliation while being held here at Estrella

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking maximum payment that I'm eligible for while being held in Estrella detention facility. For the negligence i experienced and complete violation of my rights also my 8th amendment rights. Also payment of my medical bills for the medical issues i've encountered from the black mold.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03·06·24
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## **CERTIFICATION**

I hereby certify that on this date _____ **March 11, 2024** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  **B4627**
Legal Support Specialist Signature        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009